FILED
2009 Aug-04 PM 05:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED

2009 AUG -3 PM 4:10
U. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| DONALD WYATT, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | CIVIL ACTION NO.: |
| VS. | ) | |
| | ) | CV-09-U-1557-S |
| BAMA STAR, LLC D/B/A HARDEES | ) | |
| STORE # 1473, | ) | |
| | ) | JURY DEMAND |
| DEFENDANT. | ) | |

## COMPLAINT

1.    The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§1331 and 1343(4).  This is a suit in equity authorized and instituted pursuant to the "Americans with Disabilities Act of 1990", (hereinafter referred to as "ADA"), 42 U.S.C. §12101 *et seq.*  The jurisdiction of this Court is invoked to secure protection for and to redress the deprivation of rights secured by the above statute, which provide injunctive and other relief against disability discrimination in employment.

2.    Plaintiff, Donald Wyatt, is a qualified individual with a disability under the ADA and has fulfilled all conditions precedent to the institution of this action under the ADA.    Plaintiff filed his Charge of Discrimination with the Equal

Employment Opportunity Commission on April 11, 2008, within 180 days of the last discriminatory act, and has filed suit within 90 days of receipt of his Dismissal and Notice of Right to Sue, which was issued on May 6, 2009. (Exhibit 1, Plaintiff's EEOC charge and Dismissal and Notice of Rights).

## II. PARTIES

3.    Plaintiff, Donald Wyatt, is a male citizen of the United States and is a resident of Warrior, Alabama. Plaintiff was hired by the Defendant on or about March 11, 2008, as a cook, and remained so employed until his termination on or about March 24, 2008.

4.    Defendant, Bama Star, LLC d/b/a Hardees Store # 1473, is an Alabama corporation doing business in Jefferson County, Warrior, Alabama. At all times relevant hereto, Defendant has maintained and operated a business in Alabama. Defendant is engaged in an industry affecting interstate commerce, has had fifteen (15) or more employees at all times relevant hereto, and is an employer within the meaning of 42 U.S.C. §2000e (b), (g) and (h), and within the meaning of the ADA.

## III. STATEMENT OF PLAINTIFF'S CLAIMS

### FACTUAL ALLEGATIONS

5.    Plaintiff re-alleges and incorporates paragraphs one (1) through four (4) as if fully set forth herein.

6.    Plaintiff began working for the above named employer on or about March 11, 2008, as a cook at the Warrior location, store # 1473. Plaintiff has cerebral palsy, and has limited use of his right hand as well as other physical impairments related to his disability. The manager who hired Plaintiff was subsequently terminated and Defendant brought in a new store manager. Plaintiff's performance was without criticism before the arrival of the new store manager. Plaintiff was able to perform the essential job functions of a cook without any accommodation.

7.    On or about March 20, 2009, almost immediately after the new store manager was hired to manage the location where Plaintiff was employed, the new store manager told Plaintiff to "pick up his speed." Plaintiff contends he was not too slow in the performance of his duties. This was the first time Plaintiff had been asked to pick up his speed, or received any criticisms of his performance. In addition, the new store manager assigned Plaintiff to work on the line, outside his normal duties as a cook. Plaintiff has never worked a line job and informed his supervisor that he would need a small amount of time to learn the line duties based on his physical limitations due to his disability. Defendant denied Plaintiff this reasonable accommodation regarding the line job and terminated Plaintiff shortly thereafter.

8.    Plaintiff avers that the next day after he was told by the new store manager to "pick up his speed" his name was marked through on the work schedule

and Plaintiff was removed from being scheduled to work any days. Plaintiff's employment with the Defendant was terminated on or about March 24, 2008, when the Defendant failed and/or refused to schedule the Plaintiff to work.

9.    Plaintiff avers that he worked as a cook at a similar restaurant and was able to perform the essential functions of his job prior to working for the Defendant and has been employed as a cook since his termination and has been able to perform his duties.

10.    Plaintiff avers that he  was able to perform all of the essential duties of his position as a cook with or without accommodation, and was able to perform the new line duties he had been assigned if the Defendant had provided Plaintiff a reasonable accommodation as requested. Plaintiff suffers from cerebral palsy, a disability that effects one or more of his major life functions.

## COUNT ONE

### PLAINTIFF'S CLAIMS OF DISABILITY DISCRIMINATION

11.    Plaintiff realleges and incorporates paragraphs one (1) through ten (10) as if fully set forth in detail herein below.

12.    Plaintiff was terminated on or about March 24, 2008, in violation of the ADA because of his disability and/or perceived disability.

13.    Plaintiff avers that he was fully capable of performing all of the job

functions of a cook and/or line worker, with or without reasonable accommodation, therefore was a qualified person within the meaning of the ADA.

14.     Plaintiff further avers that he was discriminated against because of his disability and/or perceived disability, in that the Defendant terminated Plaintiff because of said disability and/or perceived disability, or because the Defendant perceived the plaintiff to be disabled.

15.     Plaintiff further avers that he has no plain, adequate or complete remedy to redress the wrongs alleged herein and this suit for back pay, reinstatement, compensatory damages, punitive damages, injunctive relief, and declaratory judgement is his only means of securing adequate relief.  Plaintiff is now suffering and will continue to suffer irreparable injury from Defendant's unlawful policies and practices set forth herein unless enjoined by this Court.

16.     Plaintiff has been discriminated against in termination and other terms and conditions of employment, in violation of the "Americans with Disabilities Act." Plaintiff has been discriminated against on the basis of his disability, and/or on the basis of Defendant's perception that Plaintiff had a disability and/or due to Plaintiff's having a record of a disability.

17.     As a consequence of Defendant's discrimination against Plaintiff, Plaintiff has suffered lost wages, embarrassment, humiliation, stress, emotional

distress, mental anguish and other damages.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff requests that the Court assume jurisdiction of this action and award him the following relief:

a.    Grant Plaintiff a permanent injunction enjoining defendant, its agents, successors, employees, attorneys and those acting in concert with defendant or at Defendants' request from violating the "Americans with Disabilities Act of 1990."

b.    Grant Plaintiff an order requiring Defendants to make him whole by granting appropriate declaratory relief, reinstatement, back pay, front pay, compensatory damages (including damages for mental anguish), punitive damages, interest, attorneys' fees, expenses and costs; and

c.    Plaintiff prays for such other, further, different or additional relief and benefits as justice may require.

### PLAINTIFF HEREBY DEMANDS TRIAL BY STRUCK JURY

CYNTHIA FORMAN WILKINSON
State Bar I.D. #ASB-9950-L68C
Attorney for Plaintiff

# EXHIBIT 1

EEOC Form 161 (10/96)    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Mr. Donald Wyatt

Warrior, Alabama 35180

*From: Birmingham District Office*
*Ridge Park Place*
*1130 22nd Street South, Suite 2000*
*Birmingham, AL 35205*

[  ]  *On behalf of person(s) aggrieved whose identity is*
     *CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2008 02042 | Rita Sterling, Investigator | (205) 212-2060 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[  ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[  ]  Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[  ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

[ . ]  We cannot investigate your charge because it was not filed within the time limit required by law.

[  ]  Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[  ]  While reasonable efforts were made to locate you, we were not able to do so.

[  ]  You had 30 days to accept a reasonable settlement offer that afford full relief for the harm you alleged.

[ X ]  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[  ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[  ]  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** from your receipt of this Notice; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Beverly B. Hinton for*

MAY - 6 2009

Delner Franklin-Thomas, District Director

Enclosure(s)

*(Date Mailed)*

cc:    Cynthia Wilkinson
       Wilkinson Law Firm
       New South Federal Bank Building, Suite 811

       E. Britton Monroe
       Lloyd, Gray & Whitehead, P.C>
       Colonial Bank Building
       For Hardees

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** — **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),
or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90
days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period
is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney,
you should do so promptly. Furthermore, in order to avoid any question that you did not act in a timely manner, it is
prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice
is signed).

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate
State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after
talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement
of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the
charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.
Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought
where relevant employment records are kept, where the employment would have been, or where the respondent has its
main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where
you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

### PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment:
backpay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For
example, if you were underpaid under the EPA for work performed from 7/1/96 to 12/1/96, you should file suit **before
7/1/98 -- *not* 12/1/98** -- in order to recover unpaid wages due for July 1996. This time limit for filing an EPA suit is
separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also
plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90
days of this Notice **and** within the 2- or 3-year EPA backpay recovery period.

### ATTORNEY REPRESENTATION -- Title VII and the ADA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction
in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made
to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts
to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because
such requests do **not** relieve you of the requirement to bring suit within 90 days.

### ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have
any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need
to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and
provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all
charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review
the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request
should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 420-2008-02042 |
| and EEOC | |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Donald Wyatt | (205) | 1972 |

| Street Address | City, State and ZIP Code |
|---|---|
| Warrior, AL 35180 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| HARDEES - 1473 | 500 or More | (205) 647-7372 |

| Street Address | City, State and ZIP Code |
|---|---|
| 280 Warrior Jasper Road,  Warrior, AL 35180 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☒ DISABILITY   ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-20-2008   Latest: 03-20-2008

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a disabled and I was hired by the above named employer on March 11, 2008, as a cook. I could perform all essential functions of my job without any assistance. I worked on March 20, 2008 and management told me that I needed to pick up my speed. I reported to work on March 24, 2008, only to be discharged.

Mr. Sheesk, General Manager, told me that I was being discharged for being too slow, which I deny.

I believe that I was discriminated against because of my disability, in violation of the Americans with Disabilities Act of 1990, as amended. I learned that after I was discharged the general manager that discharged me told an employee that he discharged me because I was disabled. Prior to being hired by the abovementioned employer I had worked as a cook for one year without any problems at Jack's.

RECEIVED
EEOC

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| | APR 11 2008 |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. BIRMINGHAM DISTRICT OFFICE SIGNATURE OF COMPLAINANT |
| Apr 11, 2008            _Donald Wyatt_ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date            Charging Party Signature | |